■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLARENCE SCOTT, Appellant. [711 NYS2d 890] —Appeal by the de-

fendant from a judgment of the Supreme Court, Queens County (Dunlop, J.), rendered February 18, 1999, convicting him of criminal possession of a controlled substance in the first degree and criminal possession of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Upon our review of the record, we are satisfied that the defendant received the effective assistance of counsel (*see, People v Mercedes,* 182 AD2d 778; *People v Greene,* 160 AD2d 726). Joy, J. P., S. Miller, Luciano and Smith, JJ., concur.